IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIK LASALLE,** *on behalf of himself and all others similarly situated,* : : : : **v.** : : **ADOPTIONS FROM THE HEART, INC.** : | **CIVIL ACTION** No. 25-974 |

### ORDER

This 1st day of August, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 13, is **DENIED**.

   /s/ Gerald Austin McHugh
United States District Judge